IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:10cr89 |
| | ) | |
| CHARLES R. ENGLE, | ) | |
| | ) | |
| *Defendant.* | ) | |

GOVERNMENT'S PROPOSED ADDITIONAL VOIR DIRE

COMES NOW the United States of America, by undersigned counsel, and respectfully requests the following additional questions be included in the Court's *voir dire* of potential Jurors:

1.   This is a case investigated by the Internal Revenue Service (IRS), Criminal Investigation Division.  Do any of the Jurors have any negative feelings, impressions of the IRS?

2.   Have any of the Jurors or their immediate family members ever been audited by the IRS?

3.   Have any of the Jurors of their immediate family members ever been subject of an IRS civil or criminal investigation?

4.   Do any of the Jurors feel that they cannot be impartial or unbiased because the IRS is involved in the investigation and prosecution of this case?

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By:      _____/s/_____
        Joseph L. Kosky
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, Virginia 23510
        Office Number (757) 441-6331
        Facsimile Number (757) 441-3205
        E-Mail Address - joseph.kosky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Paul K. Sun, Jr., Esquire
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
paul.sun@elliswinters.com

Hunter W. Sims, Jr., Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
hwsims@kaufcan.com

Patrick H. O'Donnell, Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
phodonnell@kaufcan.com

               _____/s/_____
               Joseph L. Kosky
               Assistant United States Attorney
               Attorney for the United States
               United States Attorney's Office
               101 West Main Street, Suite 8000
               Norfolk, Virginia 23510
               Office Number (757) 441-6331
               Facsimile Number (757) 441-3205
               E-Mail Address - joseph.kosky@usdoj.gov