FILED
IN OPEN COURT

OCT -4 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:10-CR-00089 |
| | ) | |
| CHARLES R. ENGLE | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties stipulate that the defense exhibit noted below is an original and/or true copy of the business records of the entity noted below and that such exhibit is an authentic record and reports of business activity, pursuant to Rule 902(11), and is not hearsay under Rule 803(6).

| Defendant's Exhibit # | Business |
|---|---|
| Request for Verification of Employment, #53 | Priority Financial Services |

_____
Paul K. Sun, Jr.
Counsel for Defendant

_____
Hunter W. Sims, JR.
Counsel for Defendant

_____
Joseph L. Kosky
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2010, a true copy of the foregoing has been served by hand on the following:

Joseph Kosky, Esquire
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757/441-6331
Fax: 757/441-3205
E-mail address: joseph.kosky@usdoj.gov
*Counsel for United States of America*

/s/ Hunter W. Sims, Jr.
Hunter W. Sims, Jr. (VSB #. 09218)
E-mail: hwsims@kaufcan.com
Patrick H. O'Donnell (VSB # 29637)
E-Mail: phodonnell@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Phone: 757/624-3305
Fax: 757/624-3169

*Attorneys for Defendant Charles R. Engle*