Verdict



*United States District Court*
*Eastern District of Virginia*
*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | VERDICT |
| v. | CASE NUMBER: **2:10cr89** |
| **CHARLES R. ENGLE** | |

VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT CHARLES R. ENGLE:**

AS TO COUNT 1 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 2 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 3 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 4 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 5 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 6 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 7 ............................................ *GUILTY*
Not Guilty/Guilty

AS TO COUNT 8 ............................................ *GUILTY*
Not Guilty/Guilty

Case 2:10-cr-00089-JBF -TEM   Document 49   Filed 10/06/10   Page 2 of 2

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

Verdict                                                                   Page 2 of 2

# United States District Court
## Eastern District of Virginia
### Norfolk Division

| UNITED STATES OF AMERICA | VERDICT |
|---|---|
| v. | CASE NUMBER: 2:10cr89 |
| CHARLES R. ENGLE | |

AS TO COUNT 9 .................................................... _GUILTY_
Not Guilty/Guilty

AS TO COUNT 10 .................................................. _GUILTY_
Not Guilty/Guilty

AS TO COUNT 11 .................................................. _GUILTY_
Not Guilty/Guilty

AS TO COUNT 12 .................................................. _GUILTY_
Not Guilty/Guilty

AS TO COUNT 14 .................................................. _NOT GUILTY_
Not Guilty/Guilty

AS TO COUNT 15 .................................................. _NOT GUILTY_
Not Guilty/Guilty

**REDACTED COPY**

_6 OCT 2010_
DATE